UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBALDO ARIAS, on behalf of himself and all others similarly-situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>APH GROUP LLC, and CARLOS PATEL, individually, and ASHOK PATEL, individually,<br><br>                    Defendants. | **Docket No.: 22-cv-4350 (HG)**<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Plaintiff, Ubaldo Arias, hereby accepts the Rule 68 Offer of Judgment as to all his claims against Defendants APH GROUP LLC, and Carlos Patel, and ASHOK Patel, in this action in the amount of Forty-Five Thousand Dollars and 00/100 (**$45,000.00**), with the total amount inclusive of any and all costs, prejudgment interest, statutory penalties and recoverable attorneys' fees, attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 68, notice of this acceptance has been served and that this filing, along with proof of that service, shall be deemed acceptance of the Rule 68 offer and the clerk must enter judgment thereof.

Dated:  White Plains, New York
         July 24, 2023

                                                       Respectfully submitted,

                                                       STEVENSON MARINO LLP
                                                     *Attorneys for Plaintiff*
                                                     445 Hamilton Avenue, Suite 1500
                                                     White Plains, New York 10601
                                                     Tel. (212) 939-7229

                                   By:      _____
                                                       JEFFREY R. MAGUIRE

## CERTIFICATE OF SERVICE

 I, Jeffrey R. Maguire, Esq., hereby certify that on this date, July 24, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Rule 68 Offer of Judgment* was electronically mailed to the following:

Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
*Attorneys for Defendants*
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
nklein@nklegal.com

                _____
                JEFFREY R. MAGUIRE, ESQ.