UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UBALDO ARIAS, on behalf of himself and
all others similarly-situated,

                                Plaintiff,                          JUDGMENT
v.                                                           22-cv-04350-HG

APH GROUP LLC, and CARLOS PATEL,
individually, and ASHOK PATEL, individually,

                                Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 24, 2023; and Defendants APH GROUP LLC, and Carlos Patel, and ASHOK Patel, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Ubaldo Arias in the amount of Forty-Five Thousand Dollars and 00/100 ($45,000.00), with the total amount inclusive of any and all costs, prejudgment interest, statutory penalties and recoverable attorneys' fees; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Ubaldo Arias and against Defendants APH GROUP LLC, and Carlos Patel, and ASHOK Patel in the amount of Forty-Five Thousand Dollars and 00/100 ($45,000.00), with the total amount inclusive of any and all costs, prejudgment interest, statutory penalties and recoverable attorneys' fees.

Dated: Brooklyn, New York                             Brenna B. Mahoney
       July 26, 2023                                           Clerk of Court

                                                   By:    /s/Jalitza Poveda
                                                              Deputy Clerk